| | |
|---|---|
| Debtor 1 | OLIVIA BAKER-ANDERSON |
| Debtor 2 | |
| United States Bankruptcy Court for the: | Eastern District of Michigan, Detroit Division    District of   MI (State) |
| Case number | 1751844 |

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.**

| | |
|---|---|
| Name of creditor: | U.S. Bank National Association, not in its individual capacity but solely as trustee of NRZ Pass-Through Trust V-B |
| Court claim no. (if known) | 1 |

**Last four digits** of any number you use to identify the debtor's account:   0021

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No
☐ Yes. Date of the last notice: _____

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | Amount |
|---|---|---|
| 1  Late Charges | | |
| 2  NSF Fees | 5/30/19( $25.00); 6/03/19( $25.00); 9/27/19($25.00 ); | 75.00 |
| 3  Attorneys Fees | | |
| 4  Filing Fees and Court Costs | | |
| 5  Bankruptcy/Proof Of Claim Fees | | |
| 6  Appraisal / BPO Fees | 7/31/19( $99.00); | 99.00 |
| 7  Property Inspection Fees | 05/13/19 (13.00); 10/10/2019 ($13.00) | 26.00 |
| 8  Tax Advances (Non-Escrow) | | |
| 9  Insurance Advances (Non-Escrow) | | |
| 10  Property Preservation Expenses | | |
| 11  Other Fee 1 | | |
| 12  Other Fee 2 | | |
| 13  Other Fee 3 | | |
| 14  Other Fee 4 | | |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1    OLIVIA BAKER-ANDERSON        Case number    1751844
         First Name   Middle Name   Last Name

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☐ I am the creditor.

☑ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/ Shelia Warthen                          Date    10/11/2019
     Signature

| | | | |
|---|---|---|---|
| **Print:** | Shelia Warthen | Title | Bankruptcy Case Manager |
| Company | NewRez LLC DBA Shellpoint Mortgage Serv | | |
| Address | PO Box 10826 | | |
| | Greenville     SC     29603-0826 | | |
| Contact phone | (800) 365-7107 | Email | mtgbk@shellpointmtg.com |

In Re: Olivia Baker-Anderson

Case No: 17-51844
Chapter: 13

**PROOF OF SERVICE**

I certify that a copy of the foregoing documents were served upon the following persons electronically or by mail via the U.S. Postal Service, postage prepaid or by personal delivery, at their scheduled addresses on this day, 10/11/19.

**COURT:**

Eastern District of Michigan, Detroit Division
211 West Fort Street
Detroit, MI 48226

**TRUSTEE:**

Krispen S. Carroll
719 Griswold Suite 1100
Detroit, MI 48226

**DEBTORS COUNSEL:**

David E. Tovarez
333 W. Seventh Street Suite 230
Royal Oak, MI 48067

**DEBTORS:**

Olivia Baker-Anderson
21312 Glenlodge
Ferndale, MI 48220

/s/ Shelia R. Warthen

NewRez LLC DBA Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC 29603-0826
(800) 365-7107
mtgbk@shellpointmtg.com